[Civil No. 736.]

THE TERRITORY OF ARIZONA, on the complaint of C. F.
Ainsworth, Attorney-General, Appellant, v. THE FORT
WAYNE GOLD PRODUCTION COMPANY, a Cor-
poration, Appellee.

APPEAL from the District Court of the Third Judicial
District in and for the County of Maricopa. Webster Street,
Judge.

J. D. Bethune, for Appellant.

Baker & Bennett, for Appellee.

January 22, 1901. Dismissed for want of prosecution.

[Criminal No. 148.]

FRANCISCO GARCIA, Appellant, v. TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial
District in and for the County of Yavapai. R. E. Sloan,
Judge.

H. D. Ross, G. A. Allen, and J. E. Morrison, for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

January 26, 1901. Affirmed.

[Criminal No. 146.]

GEORGE BLACKBURN, Appellant, v. TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial
District in and for the County of Graham. F. M. Doan,
Judge.

Frank B. Laine, for Appellant.

C. F. Ainsworth, Attorney-General, and Wiley E. Jones,
District Attorney, for Respondent.

January 26, 1901. Affirmed.